

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00285-CV

———————————————————

YVONNE REED, Appellant

V.

ALTA MARINE CREEK OWNERS, LLC DBA ALTA MARINE CREEK,
Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-003574-1

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was originally due on November 6, 2025. On November 19, 2025, we notified Appellant that her brief had not been filed as the appellate rules require and that we could dismiss the appeal for want of prosecution unless, within ten days, she filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.6(a), 38.8(a)(1), 42.3(b). Appellant did not file a brief, but she filed a response that we construed as a motion for extension of time to file the brief. We granted her motion and ordered her brief due by January 16, 2026. Appellant did not file a brief.

On January 21, 2026, we once again notified Appellant that her brief had not been filed as the appellate rules require and cautioned her that we could dismiss the appeal for want of prosecution unless, within ten days, she filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.6(a), 38.8(a)(1), 42.3(b). We have not received a response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: February 12, 2026